```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
               :
UNITED STATES OF AMERICA           CONSENT ORDER OF
               :   FORFEITURE
    -v.-
               :   12 Cr. 177 (WHP)
ALI OKLU,
               :
        Defendant.
               :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about February 24, 2012, ALI OKLU (the "defendant"), was charged in a three-count Information, 12 Cr. 177 (WHP) (the "Information"), with engaging in a conspiracy to transport firearms interstate, in violation of 18 U.S.C. §§ 371 and 922(a)(3) (Count One); engaging in a conspiracy to transport defaced firearms interstate, in violation of 18 U.S.C. §§ 371 and 922(k) (Count Two); and engaging in a conspiracy to transport and receive stolen merchandise interstate, in violation of 18 U.S.C. §§ 371, 2314, and 2315 (Count Three);

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 924(d)(1) and (d)(3) and 28 U.S.C. § 2461(c), of all firearms and ammunition involved and used in the commission of the said offenses, and substitute assets;

WHEREAS, the Information further included a forfeiture allegation as to Count Three, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), of all property, real and personal, constituting or

derived from proceeds obtained directly or indirectly from the commission of the offense charged in Count Three, and substitute assets;

WHEREAS, on or about December 12, 2012, the defendant pled guilty to Counts One and Three of the Information pursuant to a plea agreement with the Government, wherein the defendant agreed to forfeit (i) all firearms and ammunition involved and used in the commission of the offense charged in Count One; and (ii) a sum of money equal to $35,000 in United States currency, representing the amount of all proceeds obtained as a result of the offense alleged in Count Three of the Information;

WHEREAS, the defendant consents to a money judgment in the amount of $35,000 in United States currency, representing the proceeds traceable to the commission of the offense charged in Count Three of the Information;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Carrie H. Cohen, of counsel, and the defendant, and his counsel, Philip Weinstein, Esq. that:

1. As a result of his guilty plea to the offense charged in Count Three of the Information, a money judgment in the amount of $35,000 shall be entered against the defendant.

2.  Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture shall be final as to the defendant, ALI OKLU, upon entry of this order, and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4.  All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

5.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6.  The Clerk of the Court shall forward three certified copies of this Consent Order of Forfeiture to Assistant United States Attorney Sharon Cohen Levin, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

7. The signature pages of this order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____          12/7/12
    Carrie H. Cohen                       Date
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-2264

ALI OKLU
DEFENDANT

By: _____          12/11/12
    ALI OKLU                              Date

By: _____          12/11/12
    Philip Weinstein, Esq.                Date
    Attorney for Defendant
    Federal Defender Service of New York
    52 Duane Street
    New York, New York 10017
    212-417-8744

SO ORDERED:

_____               4/18/13
HONORABLE WILLIAM H. PAULEY III           Date
UNITED STATES DISTRICT JUDGE

4