MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

**14 CV 845**

| United States District Court | Southern District of New York | |
|---|---|---|
| Name (under which you were convicted): Ali Oklu | Docket or Case No.: S1 12-cr-177-01 (WHP) | |
| Place of Confinement: FPC Beckley, West Virginia | Prisoner No.: 65879-054 | |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| v. | Ali Oklu | |

FEB -3 2014

PRO SE

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: ____
   United States District Court for the Southern District of New York
   _____
   _____

   (b) Criminal docket or case number (if you know): S1 12-cr-177-01 (WHP)

2. (a) Date of the judgment of conviction (if you know): December 11, 2012

   (b) Date of sentencing: April 29, 2013

3. Length of sentence: 46 months incarceration; 3 years supervision

4. Nature of crime (all counts): 18 U.S.C. 922(a)(3): illegal transportation of
   firearms (count one); 19 U.S.C. 922(k): obliterated serial numbers (count
   two); 18 U.S.C. 2315: transportation of stolen goods (count three)
   _____
   _____
   _____

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? ____
   Counts One and Three; Count Two was dismissed on Government motion.
   _____
   _____
   _____

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☐  Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☐

9. If you did appeal, answer the following:   Yes ☒   No ☐

   (a) Name of court: __United States Court of Appeals, Second Circuit__

   (b) Docket or case number (if you know): __13-1736-cr__

   (c) Result: __Voluntarily Withdrawn__

   (d) Date of result (if you know): __December, 2013__

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: __none__

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

      If "Yes," answer the following:

      (1) Docket or case number (if you know): _____

      (2) Result: _____

      _____

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know): _____

      (5) Grounds raised: _____

      _____

      _____

      _____

      _____

      _____

      _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

   Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____                    Page 4

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or
application?      Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or
application?      Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your
motion, petition, or application?

(1) First petition:      Yes ☐  No ☐

(2) Second petition:     Yes ☐  No ☐

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ____This motion deals with the ineffective assistance provided by counsel. It deals with matters that are not on the record and is therefore not cognizant on appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts and law supporting each ground.

GROUND ONE: _Ineffective assistance of Counsel; Involuntary Plea
____Counsel did not give his client the option to proceed to trial.

(a) Supporting facts and law (State the specific facts and law that support your claim.):
____A. Counsel refused to conduct any pre-trial preparation
____B. Counsel refused to discuss the case with his client

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____
This issue deals with ineffective assistance of counsel and deals with matters not on the record.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND TWO: <u>Ineffective Assistance of counsel: Unknowning Plea of guilty.   Incorrect or legally unacceptable advice.</u>

(a) Supporting facts and law (State the specific facts and law that support your claim.):

1. Counsel was unfamiliar with the relevant guidelines

2. Counsel was unaware that he advised his client to forfeit his legally possessed weapons.

3. Counsel did not advise his client of the option to enter a plea of guilty without a written plea agreement.

4. Counsel advised his client to perjure himself during the Rule 11 Hearing.

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ■

    (2) If you did not raise this issue in your direct appeal, explain why: _____

This issue deals with ineffective assistance of counsel and deals with matters outside the record.

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ■

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

Page 8

_____

_____

_____

_____

GROUND THREE: _____

_____

(a) Supporting facts and law (State the specific facts and law that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____


GROUND FOUR: _____

_____

(a) Supporting facts and law (State the specific facts and law that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑ No ❑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____

   _____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑ No ❑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed:_____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available):_____

   _____

   _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑   No ❑

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑   No ❑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __None of the issues raised herein have been raised before__ __in another forum or in any federal court because they deal with the__ __ineffective assistance provided by counsel and deal with matters outside__ __the docket and/or record.__ _____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐   No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: __Philip Weinstein, Public Defender; 52 Duane Street__ __New York, NY 10007__ _____
(b) At arraignment and plea: _____same_____

(c) At trial: _____same_____

(d) At sentencing: _____same_____

_____

(e) On appeal: _____ Paul Camarena; North & Sedgwick Law; 500 So. Clinton Street, No. 132; Chicago, IL 60607 _____

(f) In any post-conviction proceeding: _____ none _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____ none _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐ No ■

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*____ This motion was filed within one year of the date that the sentence became final.

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: __VACATE the Conviction__
__and let the Petitioner plead anew, or VACATE and REIMPOSE sentence without__
__the erroneous two- point enhancement under Chapter 3 of the Guidelines.__

or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____
01/27/14 (month, date, year).


Executed (signed) on __01/27/14__ (date).


_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
_____
_____


* * * * *