IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ALI OKLU,

    Petitioner/Defendant     :  Civil No. 14CV845 (WHP)

                                             Crim. No. S1:12-cr-177-01 (WHP)

v.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff

---

MOTION FOR ACCEPTANCE OF COMPACT DISCS
TO BE INCLUDED AS EXHIBITS IN EXPANSION OF THE RECORD

COMES NOW, Ali Oklu, Petitioner, *pro se*, and respectfully requests that this Honorable Court endorse an order allowing the filing of compact discs as proffered evidence to demonstrate that the claims in the petition are sufficiently substantial.

In the Memorandum in Support of his Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255, Petitioner references exhibits that support his claims of ineffective assistance provided by counsel and his assertions of actual innocence. These exhibits were referenced in the above mentioned memorandum, but were unavailable.

Petitioner respectfully Moves this Honorable Court to allow inclusion of the compact discs into his Motion to Expand the Record (Doc. No. 134).

Respectfully Submitted,

Dated: 05-/19/14

*[signature]*

Ali Oklu, Petitioner, pro se

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that a true and correct copy of the foregoing has been placed in the institutional mailbox, appropriate postage prepaid and addressed to:

Office of the AUSA
1 St. Andrew's Plaza
New York, NY 10007

on this the 19th day of May, 2014.

*[signature]*

Ali Oklu, Petitioner, pro se
65879-054
FPC Beckley, P.O. Box 350
Beaver, WV 25813

Office of the Clerk
United States District Court
500 Pearl Street, Room 120
New York, NY 10007

May 19, 2014

Re: <u>Ali Oklu v. United States</u>, 14CV845 (WHP)
    Crim. No. S1:12-cr-177-01 (WHP)

Dear Sir/Madam:

    Enclosed please find an original "Motion for Acceptance of Compact Discs to be Included as Exhibits in Expansion of the Record", along with an extra first page of the same.

    Please file the original with the Court in the above styled action and return the extra front page, with confirmation of filing, in the self-addressed, stamped envelope included for your convenience.

    Thank you for your attention to this request; your assistance is greatly appreciated.

Respectfully Submitted,

_/s/ Ali Oklu_

Ali Oklu, Petitioner, <u>pro se</u>
65879-054
FPC Beckley, P.O. BOx 350
Beaver, WV 25813





⇨65879-054⇨
Clerk Us District Court
500 Pearl ST
Room 120
NEW YORK, NY 10007-1312
United States

Post 5/21/2014

⇨65879-054⇨
Ali Oklu
Federal Correction Institution Beckley
P.O Box 350
Beaver, WV 25813
United States